March 26, 2010

Mr. Frank Gerhardt Cawley
Whitehurst & Cawley, L.L.P.
4560 Belt Line Road, Suite 200
Addison, TX 75001

Mr. Andrew D. Sims
Harris Finley & Bogle, P.C.
777 Main Street, Suite 3600
Fort Worth, TX 76102-5341
Honorable John H. Fostel
271st District Court Judge
P. O. Box 805
Decatur, TX 76234

RE: Case Number: 09-0426
 Court of Appeals Number: 02-09-00089-CV
 Trial Court Number: 08-07-513

Style: IN RE LAIBE CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion in the
above-referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cristy Fuqua |
| |Ms. Stephanie |
| |Robinson |